UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 2291 H |
| Plaintiff, | |
| v. | **I N F O R M A T I O N** |
| SCOTT GREER, | Title 18, U.S.C., Sec. 1341 – Mail Fraud |
| Defendant. | |

The United States Attorney charges:

1. Beginning on a date unknown, and continuing to in or about November 2005, in the Southern District of California, and elsewhere, defendant SCOTT GREER ("GREER") and others did devise and intend to devise a scheme to defraud as to material matters and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and by intentional concealment and omission of material facts.

2. It was a part of the scheme that defendant GREER and others would, and did, draw equity out of a Crown Point condominium complex located in San Diego, California, through a series of sham purchase transactions and refinances involving individual condominium

units. These transactions were designed to fraudulently obtain loan proceeds from numerous financial institutions.

3. It was a further part of the scheme that, to facilitate the sham purchase transactions and refinances, defendant GREER and others would, and did, knowingly and intentionally induce persons (hereafter "straw purchasers") to allow defendant GREER and others to place condominium units in the straw purchasers' names on the understanding that someone other than the straw purchasers would timely pay the mortgage, real estate taxes, homeowners association fees, and other costs associated with owning the condominium.

4. It was a further part of the scheme that, to facilitate the sham purchase transactions and refinances, defendant GREER and others also would, and did, knowingly and intentionally place condominium units in the names of other persons without the knowledge of those other persons (the "unknowing purchasers").

5. It was a further part of the scheme that defendant GREER and others would, and did, fraudulently obtain loan proceeds from various financial institutions by knowingly and intentionally submitting materially false loan applications in the names of straw purchasers without disclosing to the financial institutions the side agreements with the straw purchasers, as described in paragraph 3 of this Information.

6. It was a further part of the scheme that defendant GREER and others would, and did, fraudulently obtain loan proceeds from various financial institutions by knowingly and intentionally submitting materially false loan applications in the names of unknowing purchasers.

//

7. It was a further part of the scheme that defendant GREER and others would, and did, knowingly and intentionally prepare false income verification and other loan application documents to obtain loans in the names of straw purchasers and unknowing purchasers.

8. It was a further part of the scheme that, despite knowing that signatures appearing on grant deeds and other closing documents had not been made by the purported signers, defendant GREER would, and did, nevertheless notarize the signatures as though the purported signers had in fact signed the documents.

9. It was a further part of the scheme that, to prevent detection and to permit the ongoing scheme to continue, defendant GREER and others would arrange to have the mortgage bills, real estate tax bills and delinquency notices sent somewhere other than to the residences of the straw purchasers and the unknowing purchasers.

10. On or about July 16, 2004, within the Southern District of California, and elsewhere, defendant GREER and others, for the purpose of executing the aforesaid material scheme, caused the following matters and things to be delivered by the United States Postal Service according to the direction thereon: a default letter from HOMEQ Servicing, addressed to Keith R. Holdaway and Joni V. Holdaway, 1721 Main Street, Suite 110, Ramona, California.

All in violation of Title 18, United States Code, Section 1341 and 2.

DATED: *August 21*, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ William P. Cole*

WILLIAM P. COLE
Assistant U.S. Attorney